IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 7 BANKRUPTCY |
|---|---|
| RONALD A. BUEHLER, | CASE NO. 20-00857 |
| Debtor. | |

## APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF NOTICE

To: The Clerk of Court

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Apple River State Bank.

Apple River State Bank, a creditor and party in interest, hereby enters its Request for All Notices in this case and requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002, be given to it at the following address:

Craig A. Willette
Yalden, Olsen & Willette
838 North Main Street
Rockford, Illinois 61103-6906
(815) 965-8635
craigwillette@comcast.net

Dated: July 24, 2020

APPLE RIVER STATE BANK

By: Yalden, Olsen & Willette, Attorneys for Apple River State Bank

By: _____
Craig A. Willette

Craig A. Willette (3021211)
YALDEN, OLSEN & WILLETTE
838 North Main Street
Rockford, IL 61103-6906
Phone (815) 965-8635 | Fax (815) 965-4573
craigwillette@comcast.net

Request for Service of Notice.wpd