UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE: ) CHAPTER 7
) CASE NO. 20-00857
RONALD A. BUEHLER )
)   APPLICATION FOR APPROVAL OF
)   EMPLOYMENT OF ATTORNEY OR
)   ACCOUNTANT: RECOMMENDATION
Debtor(s). ) AND ORDER

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to represent or assist in any legal matters as they pertain to objections to exemption, recovery of potential fraudulent transfers, preferences, liquidation of non-exempt assets and any other legal matters within this case.

3. Eric W. Lam and the firm of Simmons Perrine Moyer Bergman PLC are qualified by reason of practice and experience to render such representation or assistance.

4. The fees for services rendered by Eric W. Lam and the firm of Simmons Perrine Moyer Bergman PLC in the performance of duties on behalf of the estate will be $365.00 per hour plus reimbursement of out-of-pocket expenses.

5. The applicant has disclosed to the undersigned that they have the following connections with the debtor(s), creditors, or any other parties-in-interest:

    None except Applicant's firm has been adverse to BASF, which is also potentially a party adverse to the Trustee and the Applicant, and in other unrelated matters the firm has been adverse to and/or represented Bank of America, Rabo Agrifinance, LLC, Huntington National Bank, and BMO Harris Bank, who are creditors and parties in interest in this case, but are not the primary targets of the Trustee's pursuit. Applicant therefore believes he is qualified.

(1)

WHEREFORE, applicant prays that the Court approve the employment of Eric W. Lam, and the firm of Simmons Perrine Moyer Bergman PLC for the purposes described herein, subject to the approval of any compensation and expenses by the court in accordance with 11 U.S.C. §328(a).

Dated: 07/17/2020

/s/ Sheryl L. Schnittjer
SHERYL L. SCHNITTJER
CHAPTER 7 TRUSTEE
24695 207th Ave.
Delhi, IA 52223

RULE 2104(a) VERIFICATION

I, Eric W. Lam, of Simmons Perrine Moyer Bergman PLC, named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated: 07/29/2020

/s/ Eric W. Lam
Eric W. Lam
SIMMONS PERRINE MOYER
BERGMAN PLC
115 Third St. SE, Ste. 1200
Cedar Rapids, IA 52401

RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated: 7/30/20

United States Trustee, Region 12

By: /s/ Janet G. Reasoner
ID #76543

## ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered_____.

_____
UNITED STATES BANKRUPTCY JUDGE