IA-16
(Revised 06/98)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 20-00857 |
| RONALD A. BUEHLER | ) |
| | ) NOTICE AND REPORT OF |
| | ) SALE OF PROPERTY |
| | ) |
| Debtor(s). | ) |

The undersigned Trustee of the estate of the debtor named above, subject to objection under Local Bankruptcy Rule 6004-1(a), will sell the following property of the estate: (if real property, give legal description)

    2008 Party Barge Model 190 pontoon boat
    1998 Ranger R82 fishing boat
    2008 Yamaha golf cart

to the following purchaser: Debtor

for the following consideration: $7,500.00

**NOTICE IS HEREBY GIVEN**, any objections to the proposed sale set forth herein must be served on the undersigned Trustee at the address listed below, the United States Trustee at 111 Seventh Ave. SE, Box 17, Cedar Rapids, IA 52401-2103 and filed with the Clerk of Bankruptcy Court at 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401-2101 **on or before the 20th day of August, 2020.**

**NOTICE IS FURTHER GIVEN** that if no objections are filed, an order may be entered approving the sale upon the proposed terms and conditions.

Dated: July 30, 2020                    /s/ Sheryl L. Schnittjer
                                              SHERYL L. SCHNITTJER
                                              CHAPTER 7 TRUSTEE
                                              delhisls926@gmail.com
                                              24695 207th Ave., Delhi, IA 52223
                                              Telephone: 319.721.6190
                                              Fax: 866.254.7858

I hereby certify that a copy of the document on which this appears and all enclosures were mailed this date indicated below to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules per the list attached.

DATED: July 30, 2020 SIGNED:____/s/ Sheryl L. Schnittjer_____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-2<br>Case 20-00857<br>Northern District of Iowa<br>Dubuque<br>Thu Jul 30 16:23:04 CDT 2020 | AgTech<br>13276 Highway 20 E.<br>Stockton, IL 61085-9714 | Apple River State Bank<br>135 E. Main Street<br>Warren, IL 61087-9311 |
| Apple River State Bank<br>PO Box 3807<br>Apple River, IL 61001-3807 | Apple River State Bank<br>c/o Craig A. Willette<br>838 North Main Street<br>Rockford, IL 61103-6906 | Atty James Devine<br>120 West State Street, 4th floor<br>PO Box 219<br>Rockford, IL 61105-0219 |
| Atty Kurt Leistikow<br>1402 Technology Parkway<br>Cedar Falls, IA 50613-1233 | BMO Harris Bank<br>770 N. Water St.<br>Milwaukee, WI 53202-0002 | BMO Harris Bank<br>PO Box 71810<br>Chicago, IL 60694-1810 |
| BMO Harris Bank N.A.<br>3925 Fountains Blvd. NE<br>Cedar Rapids, IA 52411-6619 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Ronald A Buehler<br>11A196 Tournament Lane<br>Apple River, IL 61001-9210 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Huntington National Bank<br>PO Box 1558<br>DEPT EAW25<br>Columbus, OH 43216-1558 | Illinois State Police<br>Division of Administration<br>801 South Seventh St., Suite 300-S<br>Springfield, IL 62703-2487 |
| John Deere Financial<br>6400 NW 86th St, PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Financial<br>8402 Excelsior Dr.<br>Madison, WI 53717-1909 | Gina L Kramer<br>Reynolds & Kenline, L.L.P.<br>110 East 9th Street<br>Dubuque, IA 52001-7048 |
| Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | Northland Capital<br>PO Box 7278<br>Saint Cloud, MN 56302-7278 | Rabo Agrifinance, LLC<br>14767 N OUTER 40 ROAD, Suite 400<br>Chesterfield, MO 63017-2003 |
| Robert Story obo Brooke Jones-Story<br>c/o Atty Wayne Rollag<br>150 North Michigan Avenue, Suite 1100<br>Chicago, IL 60601-7560 | Sheryl Schnittjer<br>24695 207th Ave.<br>Delhi, IA 52223-8414 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 |
| Craig A. Willette<br>Yalden Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104-2228 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u), IA                          (d)Apple River State Bank              (u)Ronald A Buehler LLC
                                 135 E. Main Street
                                 Warren, IL 61087-9311

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27