IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RONALD A. BUEHLER,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 20-00857<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

      Pursuant to F.R.B.P. 9010(b), please take notice that Eric W. Lam of Simmons Perrine Moyer Bergman PLC is appearing for the following party in the above-captioned bankruptcy case: Trustee Sheryl Schnittjer.

      This party is a party in interest in this case. Pursuant to F.R.B.P. 2002 and 9007, the undersigned, on behalf of Trustee Sheryl Schnittjer, hereby requests that all notices given or required to be given in this case and all papers served or required to be served, including Notices of Abandonment, in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

      Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

                                                  /s/ Eric W. Lam
                                    Eric W. Lam, AT0004416
                                    SIMMONS PERRINE MOYER BERGMAN PLC
                                    115 Third Street SE, Suite 1200
                                    Cedar Rapids, IA 52401
                                    Tel: 319-366-7641; Fax: 319-366-1917
                                    elam@simmonsperrine.com
                                    ATTORNEY FOR TRUSTEE

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 4th day of August 2020, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, who are list below:

        /s/ Kelly Carmichael

Gina Kramer
Sheryl Schnittjer

SSTE Buehler/Pldgs/BA 20-00857 Drafts/Appearance by EWL.080420.0850.ewl