IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RONALD A. BUEHLER,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 20-00857<br><br>**ORDER re MOTION TO APPROVE COMPROMISE**<br>**(John and Diane Cassens)** |

    The matter before the Court is a Motion to Approve Compromise filed by Trustee Sheryl Schnittjer re John and Diane Cassens (Dkt #23, filed Aug. 18, 2020). Due and proper notice of the filing of the Motion and of any objection bar date was issued to the requisite parties in interest. The objection bar date has passed, and no objection has been filed. It is therefore ORDERED any and all relief requested by the Trustee in the Motion are granted, and the settling parties are directed and authorized to do anything and everything reasonably necessary to effectuate the compromise.

    Dated and Entered:

September 9, 2020

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee
SSTE Buehler/Pldgs/BA 20-00857 Drafts/ORDERreMtn to Compromise re Cassens.090920.0842.ewl